NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JOHN L. NORMAN, )
)
     Appellant, )
)
v. )    Case No. 2D17-3463
)
STATE OF FLORIDA, )
)
     Appellee. )
_____ )

Opinion filed April 27, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Manatee County; Hunter W. Carroll, Judge.


PER CURIAM.


     Affirmed.


LaROSE, C.J., and BLACK and ROTHSTEIN-YOUAKIM, JJ., Concur.